1  GRANT N. MITCHELL, SBN 062161
   SHELDON W. FEIGEL, SBN 160455
2  WALTON, MITCHELL & FEIGEL
   Attorneys at Law
3  815 "N" Street
   Sanger, CA  93657
4
   Telephone  (559) 875-5505
5  Facsimile:  (559) 875-9892

6  **Attorneys for HANFORD COMMUNITY HOSPITAL, a California religious corporation**

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 HANFORD COMMUNITY HOSPITAL, etc.,     )
                                          )   Case No. CIV.  F-04-5022 REC DLB
11            Plaintiff,                  )
                                          )   **STIPULATION AND ORDER FOR**
12       vs.                              )   **DISMISSAL**
                                          )
13 PHILIPS MEDICAL SYSTEMS (CLEVELAND),   )
   INC., et al.                           )
14                                        )
             Defendants.                  )
15 _____)

16       IT IS HEREBY stipulated by and between the parties herein that a settlement has been

17 reached whereby the above-captioned matter is resolved in its entirety.  It also stipulated that the

18 settlement is unconditional and the above matter is ready to be dismissed.

19

20 Dated:  04/22/06 /s/ Grant N. Mitchell            Dated: 04/21/06  /s/ David Cox
           By: Grant N. Mitchell, Attorneys for      David Cox, Attorneys for Defendant
21         Plaintiff, HANFORD COMMUNITY HOSPITAL.     PHILIPS MEDICAL SYSTEMS.

22
         IT IS HEREBY ordered that the above-captioned action is dismissed in its entirety, with
23
   prejudice.
24

25

26
   Dated:  ___April 28, 2006_____.              /s/ ROBERT E. COYLE
27                                                  ROBERT E. COYLE
                                                    U.S. District Court Judge
28

Hanford Community Hospital, etc., v. Phillips Medical Systems, etc.                Order for Dismissal
U.S.D.C. - Eastern District Court Case No.: F-04-5022-REC - DLB